1/21/2022 2:43 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61041255
By: Joshua Hall
Filed: 1/21/2022 2:43 PM

## CAUSE NO. _____

| | | |
|---|---|---|
| TINA LUNA,<br>*Plaintiff* | § <br> § <br> § | IN THE DISTRICT COURT OF |
| VS. | § <br> § <br> § | |
| | § | HARRIS COUNTY, TEXAS |
| APRIL SHARPLESS, VANTAGE<br>MOBILITY ACQUISITION<br>CORPORATION D/B/A AMS VANS,<br>LLC, and BEYOND MOBILITY, INC.<br>D/B/A AMS VANS, INC.<br>*Defendants* | § <br> § <br> § <br> § <br> § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, TINA LUNA, complaining of Defendants, APRIL SHARPLESS, VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC, and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. and for cause of action would respectfully show the following:

### I.   DISCOVERY LEVEL

1.1     Plaintiff intends to conduct discovery in this matter under Level 2 of Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

1.2     Pursuant to Rule 47(c)(3), as amended, Plaintiff seeks only monetary relief over $250,000.00 but not more than $1,000,000.00, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

### II.   PARTIES

2.1     Plaintiff TINA LUNA is an individual residing in Harris County, Texas. The last three digits of Plaintiff Luna's driver's license number are 584. The last three digits of Plaintiff Luna's Social Security number are 411.

EXHIBIT "A"

2.2    Defendant, APRIL SHARPLESS, an individual who is a nonresident of Texas and whose home is located at 4131 Fox Run Trail, Apt. 4, Cincinnati, OH 45255 may be served with process by serving the Chairman of the Texas Transportation Commission at 125 E. 11th Street, Austin, Texas 78701, as defendant's agent for service because defendant was a party to a collision or accident while operating a motor vehicle in Texas. TEX. CIV. PRAC. & REM. CODE ANN. §§ 17.062(a), 17.063. ***Issuance of citation is requested at this time***.

2.3    Defendant, VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC, a Rhode Island corporation, is registered to do business in Texas and may be served through its registered agent, Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th St., Ste. 620, Austin, Texas 78701-3218. ***Issuance of citation is requested at this time.***

2.4    Defendant, BEYOND MOBILITY INC. D/B/A AMS VANS, INC., a Texas corporation, is registered to do business in Texas and may be served through its registered agent, Tamara M. Holland, 3414 Swenson, Pearland, Texas 77581. ***Issuance of citation is requested at this time.***

### III.    VENUE AND JURISDICTION

3.1    Jurisdiction is proper in this Court because the Plaintiff has suffered damages within the jurisdictional limits of this Court.

3.2    Venue is proper in Harris County, Texas, pursuant to § 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County.

### IV.    BACKGROUND FACTS

4.1    On or about September 28, 2021, in Harris County, Texas, Plaintiff TINA LUNA

was traveling eastbound on the South Sam Houston Parkway at or near the intersection of IH 45. Plaintiff TINA LUNA had slowed down due to traffic conditions.

4.2      Defendant APRIL SHARPLESS was also traveling eastbound on the South Sam Houston Parkway approaching the same intersection of IH 45 behind Plaintiff TINA LUNA. Defendant APRIL SHARPLESS failed to keep a proper lookout and failed to timely apply her brakes causing a rear-end collision with Plaintiff TINA LUNA. As a result of the collision, Plaintiff TINA LUNA suffered severe injuries and damages.

4.3      Nothing Plaintiff did or failed to do on this occasion caused or contributed to the cause of the collision. Rather, it was the negligence of the Defendants named herein which proximately caused the occurrence and Plaintiff's resulting injuries and damages.

4.4      The vehicle that caused the accident by failing to keep a proper lookout and failed to timely apply her brakes was operated by Defendant APRIL SHARPLESS and owned by Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. At the time of the collision, Defendant APRIL SHARPLESS was in the course and scope of her employment with or was the borrowed servant of Defendant VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC.

4.5      Nothing Plaintiff did or failed to do on this occasion caused or contributed to cause the accident. Rather, it was the negligence of the Defendants named herein which proximately caused the occurrence and Plaintiff's resulting injuries and damages.

**V.      CAUSE OF ACTION 1: NEGLIGENCE (DEFENDANT APRIL SHARPLESS)**

5.1      Plaintiff incorporates herein by reference Paragraphs 1 through 4, inclusive, of this Petition.

5.2     Defendant APRIL SHARPLESS had a duty to exercise ordinary care and operate her vehicle reasonably and prudently.

5.2     Defendant APRIL SHARPLESS breached the duty of care in one or more of the following ways, each of which acts and/or omissions, individually or collectively, constitutes negligence which proximately caused the collision and the resulting injuries and damages to Plaintiff:

a.      Failing to maintain a proper lookout;

b.      Failing to make timely application of the brakes of her vehicle;

c.      Following closer than a reasonably prudent person would have done under the same or similar circumstances;

d.      Failing to control the speed of her vehicle;

e.      Failing to bring her vehicle to a stop before it collided with Plaintiff's vehicle;

f.      Failing to drive in a reasonably attentive manner;

g.      Failing to take proper evasive action in order to avoid the collision;

h.      Failing to avoid the collision;

i.      Being inattentive and failing to maintain proper control of her vehicle; and

j.      Operating her vehicle in a reckless manner.

Each of the foregoing acts of negligence was a proximate cause of Plaintiff's resulting injuries and damages.

5.3     Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., are legally responsible to Plaintiff for the negligent conduct of Defendant APRIL SHARPLESS, under the legal doctrines of respondeat superior, agency and/or ostensible agency because Defendant,

APRIL SHARPLESS, was at all times material hereto an agent, ostensible agent, servant and/or employee of VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., and was acting within the course and scope of such agency or employment. As a result thereof, Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., are liable for all negligence of Defendant APRIL SHARPLESS.

**CAUSE OF ACTION 2: NEGLIGENCE PER SE (DEFENDANT APRIL SHARPLESS)**

5.4     Plaintiff incorporates herein by reference Paragraphs 1 through 4, inclusive, of this Petition.

5.5     Defendant APRIL SHARPLESS had a duty to exercise ordinary care and operate her vehicle reasonably and prudently.

5.6     Specifically, Defendant breached the duty of care and was negligent *per se* in the operation of a motor vehicle in the following manner:

a.     Violation of the laws of the State of Texas, including Texas Transportation Code §545.062(a), Defendant failed to maintain an assured clear distance between two vehicles so that, considering the speed of the vehicles, traffic, and the conditions of the highway, the operator can safely stop without colliding with the preceding vehicle or veering into another vehicle, object, or person on or near the highway;

b.     Violation of the laws of the State of Texas, including Texas Transportation Code §545.351(a)(b)(1)(2)(c)(5), Defendant failed to not operate her vehicle at a speed greater than reasonable or prudent under the circumstances. Defendant failed to control the speed of her vehicle as necessary to avoid colliding with another person or vehicle that is on the highway in compliance with law and the duty of each person to use due care. Defendant failed to recognize that a special hazard existed with regard to traffic, or highway conditions; and

c.     Violation of the laws of the State of Texas, including Texas Transportation Code §545.401, Defendant failed to not drive with willful or wanton disregard for the safety of persons or property.

5.7     The statutes above are designed to protect a class of persons to which Plaintiff

belongs against the type of injury suffered by Plaintiff. The statutes are of the type that imposes

tort liability. Defendant APRIL SHARPLESS' violation of the statutes was without a legal excuse.

5.8     Defendant APRIL SHARPLESS' breach of duty imposed by the statutes

proximately caused injury to Plaintiff, which resulted in damages described herein.

5.9     Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A

AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., are legally

responsible to Plaintiff for the negligent conduct of Defendant APRIL SHARPLESS, under the

legal doctrines of respondeat superior, agency and/or ostensible agency because Defendant,

APRIL SHARPLESS, was at all times material hereto an agent, ostensible agent, servant and/or

employee of VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS,

LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., and was acting within the course

and scope of such agency or employment. As a result thereof, Defendants VANTAGE MOBILITY

ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC.

D/B/A AMS VANS, INC., are liable for all negligence of Defendant APRIL SHARPLESS.

**CAUSE OF ACTION 3: NEGLIGENCE (DEFENDANTS VANTAGE MOBILITY
ACQUISITION CORPORATION D/B/A AMS VANS, LLC AND BEYOND MOBILITY
INC. D/B/A AMS VANS, INC.)**

5.10    Plaintiff incorporates herein by reference Paragraphs 1 through 4, inclusive, of this

Petition.

5.11    Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A

AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., were negligent in

hiring and retaining an incompetent or unfit employee and/or in failing to properly train, instruct

and supervise Defendant APRIL SHARPLESS. Defendants VANTAGE MOBILITY

ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC.

D/B/A AMS VANS, INC., failed to provide the proper training and instruction to Defendant APRIL SHARPLESS, which would have provided her with the proper skills and knowledge to avoid the collision which forms the basis of this lawsuit. Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC.'s negligent hiring of and failure to properly instruct and train its driver was a proximate cause of the collision and Plaintiff's claims and damages.

### CAUSE OF ACTION 4: GROSS NEGLIGENCE (ALL DEFENDANTS)

5.12    Plaintiff incorporates herein by reference Paragraphs 1 through 4, inclusive, of this Petition.

5.13    Defendants were grossly negligent and acted with malice, as that term is understood under Texas law, and such conduct was a proximate cause of Plaintiff's injuries and damages. Defendant APRIL SHARPLESS disregarded traffic laws and the safety of Plaintiff by driving at excessive speeds and not maintaining an appropriate distance from Plaintiff's vehicle. Defendant APRIL SHARPLESS' actions while operating a large and heavy commercial van involves an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Nevertheless, Defendant APRIL SHARPLESS proceeded to make the improper left turn from a forward-travel-only center lane with her tractor-trailer with conscious indifference to the rights, safety, or welfare of others. Defendants' malicious and grossly negligent conduct justifies the imposition of punitive and exemplary damages both as punishment to Defendants for their callous disregard and as a deterrent to others from engaging in similar conduct. Plaintiffs therefore ask for punitive and exemplary damages in addition to all actual damages.

5.14    Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., are legally

responsible to Plaintiff for the grossly negligent conduct of Defendant APRIL SHARPLESS, under the legal doctrines of respondeat superior, agency and/or ostensible agency because Defendant, APRIL SHARPLESS, was at all times material hereto an agent, ostensible agent, servant and/or employee of VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., and was acting within the course and scope of such agency or employment. As a result thereof, Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC., are liable for all gross negligence of Defendant APRIL SHARPLESS.

## VI.  **RESPONDEAT SUPERIOR**

6.1    Plaintiff incorporates herein by reference Paragraphs 1 through 5, inclusive, of this Petition.

6.2    At the time and on the occasion in question, Defendant APRIL SHARPLESS was employed by Defendants VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. and was in the course and scope of her employment and was working in the furtherance of the affairs of her employer, and for the accomplishment of the object for which she was employed. VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. had the right of control over their personnel who were in the furtherance of a mission for the benefit of VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. and was subject to its control as to the details of the mission.  Plaintiff will show that Defendant VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. is vicariously liable for the acts of its

authorized operators, employees, agents, or servants.

## VII.    DAMAGES

7.1     Plaintiff incorporates herein by reference Paragraphs 1 through 6, inclusive, of this Petition.

7.2     Plaintiff TINA LUNA suffered severe personal injuries as a proximate result of the Defendants' wrongful acts, neglect, and/or carelessness as set forth herein. Accordingly, she requests the trier of fact to award damages in the following areas:

(1)     Physical pain and mental anguish, both past and future;

(2)     Reasonable and necessary medical expenses, both past and future; and

(3)     Loss of wage earnings and/or loss of earning capacity, both past and future.

## VIII.   EXEMPLARY DAMAGES

8.1     Pursuant to §§ 41.001(7) and 41.003(a)(2) of the Tex. Civ. Prac. & Rem. Code, Plaintiff seeks exemplary damages proximately caused by Defendants' malice, negligence, willful acts, and omissions. Plaintiff also seeks exemplary damages pursuant to §§ 41.001(11) and 41.003(a)(3) of the Tex. Civ. Prac. & Rem. Code.

## IX.    PRE- AND POST-JUDGMENT INTEREST

9.1     Plaintiff will additionally show she is entitled to recover pre- and post-judgment interest in accordance with law and equity as part of their damages herein, and Plaintiff here and now sues for recovery of pre- and post-judgment interest as provided by law and equity, under the applicable provision of the laws of the State of Texas.

## X.     REQUIRED INITIAL DISCLOSURES

10.1    Pursuant to Texas Rule of Civil Procedure 194(a), Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or materials described in

Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

### PRAYER

Plaintiff TINA LUNA prays that Defendants APRIL SHARPLESS, VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC, and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. be cited to appear and answer herein; that upon final hearing, she have judgment against Defendants APRIL SHARPLESS, VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC, and BEYOND MOBILITY INC. D/B/A AMS VANS, INC. for a sum within the jurisdictional limits of the Court, with interest both pre-judgment and post-judgment; for costs of suit; and for such other and further relief, general and special, legal and equitable, to which Plaintiff may be justly entitled.

Respectfully submitted,

**FARRAR & BALL, LLP**

*/s/ Nathan Koneru*
NATHAN KONERU
State Bar No. 24095631
1117 Herkimer Street
Houston, Texas 77008
713.221.8300 - Telephone
713.221.8301 – Facsimile
Email: nathan@fbtrial.com

***ATTORNEY FOR PLAINTIFF***



1/21/2022 2:43:24 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61041255
By: HALL, JOSHUA E
Filed: 1/21/2022 2:43:24 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____  **CURRENT COURT:** _____

**Name(s) of Documents to be served:**  Plaintiff's Original Petition

**FILE DATE:** 01/21/2022 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  April Sharpless

Address of Service:  4131 Fox Run Trail, Apt. 4

City, State & Zip: Cincinnati, Ohio 45255

Agent (if applicable)  Chairman of The Texas Transportation Commission

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☑ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ | | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias** (not by E-Issuance) | | ☐ **Attachment** (not by E-Issuance) |
| ☐ **Certiorari** | ☑ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** (not by E-Issuance) | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP** (phone) _____
- ☐ **MAIL to attorney** at: _____
- ☐ **CONSTABLE**
- ☐ **CERTIFIED MAIL by District Clerk**

☑ **E-Issuance by District Clerk**
   **(No Service Copy Fees Charged)**
   *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Nathan Koneru    Bar # or ID  24095631

Mailing Address: 1117 Herkimer St., Houston, Texas 77008

Phone Number: 713-221-8300

1/21/2022 2:43:24 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61041255
By: HALL, JOSHUA E
Filed: 1/21/2022 2:43:24 PM



## Marilyn Burgess
### HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 01/21/2022 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC

Address of Service: 211 E. 7th St., Ste. 620

City, State & Zip: Austin, Texas 78701-3218

Agent (if applicable) Corporation Service Company dba CSC – Lawyers Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**  [ ] **Citation by Posting**  [ ] **Citation by Publication**  [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper** _____
- [ ] **Temporary Restraining Order**    [ ] **Precept**    [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**    [ ] **Capias** (not by E-Issuance)    [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**    [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**    [ ] **Hague Convention ($16.00)**    [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)    [ ] **Injunction**    [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____    [x] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____    **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**    *Note:* The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by District Clerk**    used to retrieve the E-Issuance Service Documents.
  Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Nathan Koneru    Bar # or ID   24095631

Mailing Address: 1117 Herkimer St., Houston, Texas 77008

Phone Number: 713-221-8300



1/21/2022 2:43:24 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61041255
By: HALL, JOSHUA E
Filed: 1/21/2022 2:43:24 PM

## Marilyn Burgess

### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____  **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 01/21/2022 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** BEYOND MOBILITY INC. D/B/A AMS VANS, INC.

Address of Service: 3414 Swenson

City, State & Zip: Pearland, Texas 77581

Agent (if applicable) Tamara M. Holland

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- ☑ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**
- ☐ **Citation Scire Facias**   **Newspaper** _____
- ☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**
- ☐ **Protective Order**
- ☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)
- ☐ **Certiorari**   ☐ **Highway Commission ($12.00)**
- ☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**
- ☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**
- ☐ **Subpoena**
- ☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP (phone)** _____   ☑ **E-Issuance by District Clerk**
- ☐ **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
- ☐ **CONSTABLE**   *Note: The email registered with EfileTexas.gov must be*
- ☐ **CERTIFIED MAIL by District Clerk**   *used to retrieve the E-Issuance Service Documents.*
  *Visit www.hcdistrictclerk.com for more instructions.*

- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

- ☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Nathan Koneru   Bar # or ID  24095631

Mailing Address: 1117 Herkimer St., Houston, Texas 77008

Phone Number: 713-221-8300

1/26/2022 11:03 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61161198
By: A Davis
Filed: 1/26/2022 11:03 AM

CAUSE NO. 202204063

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 911262   TR# 73963470
EML

| Plaintiff: | In The 269th |
|---|---|
| LUNA, TINA | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| SHARPLESS, APRIL | Houston, Texas |

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

To:   **SHARPLESS, APRIL MAY BE SERVED WITH PROCESS BY SERVING THE CHAIRMAN OF THE TEXAS
TRANSPORTATION COMMISSION 125 E 11TH STREET AUSTIN TEXAS 78701 FORWARD TO:
4131 FOX RUN TRAIL APT 4, CINCINNATI OH 45255**

      Attached is a certified copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 21, 2022 in the above cited cause number and court.
The instrument attached describes the claim against you.

      YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

      This citation was issued on January 24, 2022, under my hand and seal of said court.

Issued at the request of:

KONERU, NATHAN
1117 HERKIMER STREET
HOUSTON, TX 77008
713-221-8300
Bar Number: 24095631



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston TX 77002
(PO Box 4651,Houston, TX 77210)


Generated By: JOSHUA HALL

Tracking Number: 73963470

EML

# SERVICE AFFIDAVIT ATTACHED

CAUSE NUMBER: 202204063

PLAINTIFF: LUNA, TINA                                    In the 269th

    vs.                                                Judicial District Court of

DEFENDANT: SHARPLESS, APRIL                              Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy (ies) of the PLAINTIFF'S
ORIGINAL PETITIONPetition attached thereto and I endorsed on said copy of the Citation the
date of delivery.

To certify which I affix my hand officially this _____day of
_____, 20.

Fees $_____

_____
    By_____
       Affiant                                                       Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____
                         Notary Public

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **269th Judicial District Court**

Case Number: 202204063

Plaintiff:
**Tina Luna,**

vs.

Defendant:
**April Sharpless, et al.,**

For:
Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008

Received by Lexitas (Houston) on the 25th day of January, 2022 at 9:16 am to be served on **April Sharpless by serving through the Chariman of the Texas Transportation Commission, 125 E 11th Street, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **25th day of January, 2022** at **3:24 pm, I:**

served the **TRANSPORTATION COMMISSION** by delivering in duplicate a true copy of the **Citation Corporate and Plaintiff's Original Petition** with the date of service endorsed thereon by me, to: **Jenna Townsend** at **125 E 11th Street, Austin, Travis County, TX 78701**, as the designated agent for the Texas Transportation Commission to accept service of process on behalf of **April Sharpless**.  An administrative fee of $25.00 was also tendered.

My name is Dane Ray Cuppett, my date of birth is 10/9/1984 and my address is 604 West 9th Street, Suite B, Austin, TX 78701.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, Texas.

Subscribed and sworn to before me on the 25th
day of January, 2022 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/23

1/25/2022
_____
**Date**

**Lexitas (Houston)**
**4299 San Felipe**
**Suite 350**
**Houston, TX 77027**
**(713) 375-0121**

Our Job Serial Number: ATX-2022000800
Ref: 368164

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 61161198
Status as of 1/26/2022 11:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nathan Koneru | | nathan@fbtrial.com | 1/26/2022 11:03:02 AM | SENT |
| Andrew Grant | | aj@fbtrial.com | 1/26/2022 11:03:02 AM | SENT |

1/26/2022 11:03 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61161198
By: A Davis
Filed: 1/26/2022 11:03 AM

CAUSE NO. 202204063

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 911262  TRACKING NO: 73963471
EML

| | |
|---|---|
| Plaintiff: | In The 269th |
| LUNA, TINA | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| SHARPLESS, APRIL | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:**   **VANTAGE MOBILITY ACQUISITION CORPORATION (DBA AMS VANS LLC) (A RHODE ISLAND CORPORATION) MAY BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH ST STE 620, AUSTIN TX 78701-3218**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 21, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 24, 2022, under my hand and seal of said court.

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Issued at the request of:

KONERU, NATHAN
1117 HERKIMER STREET
HOUSTON, TX  77008
713-221-8300
Bar Number: 24095631



Generated By:JOSHUA HALL

EML

Tracking Number: 73963471

**CAUSE NUMBER: 202204063**

| | |
|---|---|
| **PLAINTIFF: LUNA, TINA** | **In the 269th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: SHARPLESS, APRIL** | **Harris County, Texas** |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».  Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____     By_____
             Affiant                                                   Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

<u>**AFFIDAVIT OF SERVICE**</u>

| | | |
|---|---|---|
| **State of Texas** | **County of Harris** | **269th Judicial District Court** |

Case Number: 202204063

Plaintiff:
**Tina Luna,**

vs.

Defendant:
**April Sharpless, et al.,**

For:
Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008

Received by Lexitas (Houston) on the 25th day of January, 2022 at 9:16 am to be served on **Vantage Mobility Aquisition Corporation (dba AMS Vans LCC) (a Rhode Island corporation) by serving through its registered agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **25th day of January, 2022** at **3:04 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Citation Corporate and Plaintiff's Original Petition** with the date of delivery endorsed thereon by me, to **Jim Herriman, Corporation Service Company dba CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Vantage Mobility Aquisition Corporation (dba AMS Vans LCC) (a Rhode Island corporation)** and informed said person of the contents therein.

My name is Dane Ray Cuppett, my date of birth is 10/9/1984 and my address is 604 West 9th Street, Suite B, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, Texas.

Subscribed and sworn to before me on the 25th
day of January, 2022 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/23

1/25/2022
**Date**

**Lexitas (Houston)**
**4299 San Felipe**
**Suite 350**
**Houston, TX 77027**
**(713) 375-0121**

Our Job Serial Number: ATX-2022000802
Ref: 368164

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 61161198
Status as of 1/26/2022 11:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nathan Koneru | | nathan@fbtrial.com | 1/26/2022 11:03:02 AM | SENT |
| Andrew Grant | | aj@fbtrial.com | 1/26/2022 11:03:02 AM | SENT |

1/26/2022 1:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61172361
By: Rhonda Momon
Filed: 1/26/2022 1:49 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to**: _____

Address of Service: _____

City, State & Zip:_____

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☐ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**    **Newspaper**_____

☐ **Temporary Restraining Order**    ☐ **Precept**    ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**    ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)    ☐ **Injunction**    ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____    **(No Service Copy Fees Charged)**
☐ **CONSTABLE**    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**    used to retrieve the E-Issuance Service Documents.
   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _____Bar # or ID _____

Mailing Address:_____

Phone Number:_____

2/7/2022 12:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61499218
By: F Abdul-Bari
Filed: 2/7/2022 12:49 PM

CAUSE NO. 202204063

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 921346

TRACKING NO: 73967866

Plaintiff:                                                              In The 269th Judicial District
LUNA, TINA                                                      Court of Harris County, Texas
vs.
Defendant:
SHARPLESS, APRIL                                                            Houston, Texas

### CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:     BEYOND MOBILITY INC (D/B/A AMS VANS INC) (IS A TEXAS CORPORATION) MAY BE SERVED
         THROUGH THE TEXAS SECRETARY OF STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
FORWARD TO: REGISTERED AGENT TAMARA M HOLLAND
         6275 LAWRENCEVILLE HIGHWAY , TUCKER GA 30084

         Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on January 21, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

         YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 30 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
         This citation was issued on February 2, 2022, under my hand and seal of said court.



Issued at the request of:                                         *Marilyn Burgess*
Koneru, Nathan                                                    Marilyn Burgess, District Clerk
1117 HERKIMER ST                                           Harris County, Texas
Houston, TX  77008                                          201 Caroline,  Houston Texas 77002
713-221-8300                                                      (PO Box 4651, Houston, Texas 77210)
Bar Number 24095631

                                                                        Generated By: RHONDA MOMON

Tracking Number: 73967866

CAUSE NUMBER: 202204063

| | |
|---|---|
| PLAINTIFF: LUNA, TINA | In the 269th |
| vs. | Judicial District Court of |
| DEFENDANT: SHARPLESS, APRIL | Harris County, Texas |

## SERVICE RETURN ATTACHED

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____ day of _____, 20_____. Executed at Address)_____ in _____ County at o'clock ___.M. on the _____ day of _____, 20_____, by Summoning the _____ Delivering to _____in person a corporation  By leaving in the principal office during office hours_____ of the said_____ a true copy of this notice, together with accompanying copy of _____To certify which I affix my hand officially this _____day of _____, 20___.

Fees $_____

_____                  By_____
                    Affiant                                                                    Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__

_____
Notary Public

# AFFIDAVIT OF SERVICE

| State of Texas | County of Harris | 269th Judicial District Court |
|---|---|---|

Case Number: 202204063

Plaintiff:
**Tina Luna,**

vs.

Defendant:
**April Sharpless, et al.,**

For:
Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008

Received by Lexitas (Houston) on the 2nd day of February, 2022 at 12:38 pm to be served on **Beyond Mobility, Inc. (d/b/a AMS Vans Inc.) by serving through the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **2nd day of February, 2022** at **3:10 pm, I:**

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Citation and Plaintiff's Original Petition** with the date of delivery endorsed thereon by me, to: **Michelle Robinson** at **1019 Brazos, Austin, Travis County, TX 78701**, as the designated agent for the Texas Secretary of State to accept delivery of process on behalf of **Beyond Mobility, Inc. (d/b/a AMS Vans Inc.)**. An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 2nd
day of February, 2022 by the affiant
who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/23

2/02/2022
**Date**

**Lexitas (Houston)**
**4299 San Felipe**
**Suite 350**
**Houston, TX 77027**
**(713) 375-0121**

Our Job Serial Number: ATX-2022001185
Ref: 368164

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 61499218
Status as of 2/7/2022 3:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nathan Koneru | | nathan@fbtrial.com | 2/7/2022 12:49:30 PM | SENT |
| Andrew Grant | | aj@fbtrial.com | 2/7/2022 12:49:30 PM | SENT |