UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TINA LUNA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 4:22-cv-559 |
| | § | |
| **APRIL SHARPLESS, VANTAGE MOBILITY ACQUISITION CORPORATION D/B/A AMS VANS, LLC, and BEYOND MOBILITY, INC. D/B/A AMS VANS, INC.** | § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the court's Order entered upon filing of the petition for removal of this action.

On March 15, 2022, I served copies of the Order for Conference and Disclosure of Interested Parties and the Court Procedures on all other parties.

Date: March 15, 2022

                                        Respectfully submitted,

                                        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP.

                                        */s/ Danielle L. Hollis*
                                        **KENT M. ADAMS**
                                        State Bar No. 00862900
                                        Federal Bar No. 246
                                        Kent.Adams@wilsonelser.com
                                        **DANIELLE L. HOLLIS**

State Bar No. 24085380
Federal Bar No. 2727495
Danielle.Hollis@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 353-2000  Telephone
(713) 785-7780  Facsimile

**COUNSEL FOR DEFENDANTS
APRIL SHARPLESS, VANTAGE MOBILITY
INTERNATIONAL, LLC, AND AMS VANS,
LLC**